## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

RAPHAEL P. ANGELES

        Plaintiff,

vs.

FIRST ADVANTAGE BACKGROUND SERVICES CORP.

        Defendant.

Case Number: 1:22-cv-00244-KLL

Magistrate Judge Karen L. Litkovitz

**JOINT MOTION FOR EXTENSION OF CASE SCHEDULE**

This matter comes before the Court upon the parties' motion for a 90-day extension of the current dates set by the Court's October 11, 2022 Calendar Order. ECF 10. Specifically, the parties request the following modification:

|  | Current Date | Requested Date |
|---|---|---|
| Plaintiff Expert Disclosures | 5/5/2023 | 8/4/2023 |
| Defendant Expert Disclosures | 6/16/2023 | 9/15/2023 |
| Witness List & Summary Exchange | 6/14/203 | 9/14/2023 |
| Discovery Deadline | 7/14/2023 | 10/13/2023 |
| Dispositive Motions | 9/14/2023 | 12/14/2023 |
| Final Pretrial Conf. | 1/9/2024 | April 2024 |
| Jury Trial | 2/12/2024 | May 2024 |

The requested extension is made in the interest of efficiency, and not for the purpose of delay. The additional time will enable the parties to conduct necessary discovery, while also thoroughly engaging in good-faith settlement discussions.

                                             Respectfully submitted,

                                             *s/ Amy L. Wells*
                                             Amy L. Wells
                                             Wells Law Office, Inc.
                                             122 South Michigan Avenue, Suite 1390-145
                                             Chicago, Illinois 60603-6036
                                             Telephone: (773) 762-9104
                                             Email:  AmyWells@EqualJusticeLaw.com

*Counsel for Plaintiff, Raphael P. Angeles*

*/s/ Esther Slater McDonald*
Elizabeth Callan
eacallan@vorys.com
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Cincinnati, Ohio 45202
Telephone: (513) 723-4016
Facsimile:    (513) 723-4056

Frederick T. Smith*
fsmith@seyfarth.com
Esther Slater McDonald*
emcdonald@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile:    (404) 892-7056

*Attorneys for Defendant First Advantage Background Services Corp.*

*Admitted pro hac vice*

Date: May 5, 2023

**Certificate of Service**

I certify that the foregoing has been served by the Court's CM/ECF service to all counsel of record on May 5, 2023.

                                                             _s/Amy L. Wells_
                                                             Amy L. Wells