# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| RAPHAEL P. ANGELES<br><br>        Plaintiff,<br><br>vs.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP.<br><br>        Defendant. | Case Number: 1:22-cv-00244-KLL<br><br>Magistrate Judge Karen L. Litkovitz<br><br><br>**UPDATED CALENDAR ORDER** |

This matter comes before the Court upon the parties' motion for a 90-day extension of the current deadlines set by the Court's October 11, 2022 Calendar Order. ECF 10. For good cause shown, the parties' joint motion is granted. The modified Calendar Order is as forth as follows:

| | |
|---|---|
| Plaintiff Expert Disclosures | 8/4/2023 |
| Defendant Expert Disclosures | 9/15/2023 |
| Witness List & Summary Exchange | 9/14/2023 |
| Discovery Deadline | 10/13/2023 |
| Dispositive Motions | 12/14/2023 |
| Final Pretrial Conf. | April 2024 |
| Jury Trial | May 2024 |

_____
Karen L. Litkovitz
United States Magistrate Judge